Opinion filed December 2,
2010

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-10-00327-CR

                                                    __________

 

                                      JACOB
BARRON, Appellant

 

                                                             V.

 

                                      STATE
OF TEXAS, Appellee



 

                                   On
Appeal from the 106th District Court

 

                                                          Dawson
County, Texas

 

                                                  Trial
Court Cause No. 06-6548-C 

 



 

                                            M
E M O R A N D U M   O P I N I O N

            The
trial court convicted Jacob Barron of engaging in organized criminal activity
and assessed his punishment at confinement for ten years.  We dismiss.  

The
sentence was imposed in open court on July 18, 2007.  On October 25, 2010,
appellant filed a pro se notice of appeal.  Upon receiving the docketing
statement and a copy of the notice of appeal, the clerk of this court wrote the
parties stating that the notice of appeal appeared to be out of time and
directing appellant to respond showing grounds for continuing the appeal. 
Appellant has filed a response.

            In
his response, appellant contends that he has timely perfected an appeal from
the trial court’s order denying his motion for a judgment nunc pro tunc. 
However, appellant also correctly acknowledges in his response that this is not
an appealable order.

            Absent
a timely notice of appeal from an appealable order or judgment or the granting
of a timely motion for extension of time, this court does not have jurisdiction
to entertain an appeal.  Slaton v. State, 981 S.W.2d 208, 209-10 (Tex.
Crim. App.1998); Olivo v. State, 918 S.W.2d 519, 522-24 (Tex. Crim. App.
1996); Rodarte v. State, 860 S.W.2d 108, 109-10 (Tex. Crim. App. 1993); Shute
v. State, 744 S.W.2d 96, 97 (Tex. Crim. App. 1988).  The appeal is
dismissed for want of jurisdiction.

 

                                                                                    PER
CURIAM

 

December 2, 2010

Do not publish. 
See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.